*Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address*

**Michael Avanesian (State Bar No. 278685)**
**JT Legal Group, APC**
**801 N. Brand., Blvd., Suite 1130**
**Glendale CA, 91203**
**Tel: 818.276.2477 Fax: 818.208.4550**
**Michael@jtlegalgroup.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Nurit Petri**

Debtor(s.)

CASE NO.: **1:17-bk-11331-MT**
CHAPTER: **13**

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION

**[LBR 9013-1(o)]**

[No hearing unless requested in writing]

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) __**Nurit Petri**__, filed a motion or application (Motion) entitled __**Motion to Reassign Judge**__.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

    ☑ The full Motion is attached to this notice; or

    ☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).
    a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: **June 6, 2017**

/s/ Michael Avanesian
Signature of Movant or attorney for Movant

Michael Avanesian
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Michael Avanesian (State Bar No. 278685)
JT Legal Group, APC
801 N. Brand., Blvd., Suite 1130
Glendale CA, 91203
Tel: 818.276.2477 Fax: 818.208.4550
Michael@jtlegalgroup.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re:

**NURIT PETRI,**

         Debtor.

Case No.: **1:17-bk-11331-MT**

Chapter 13

**MOTION TO REASSIGN JUDGE PURSUANT TO LBR 1073-1 AND LBR 9013-1(o)**

*[No hearing required unless requested]*

**TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

    Debtor Nurit Petri ("Debtor") the debtor in the above captioned case, hereby applies to this Court for an order authorizing Debtor to be reassigned to the Honorable Judge Martin R. Barash, who participates in the Loan Modification Pilot Program pursuant to LBR 1073-1 and LBR 9013-1 ("Motion"). In support of this Motion, Debtor represents as follows:

///

1

1. A voluntary petition was filed Pursuant to Chapter 13 of Title 11 of the United States Code on May 19th, 2017.

2. The Pilot Program is designed to function as a forum for debtors and creditors to reach a consensual resolution when a debtor's property is at risk of foreclosure.

3. Debtor believes that the Pilot Program is the only exit plan Debtor has. Debtor has about $320,000.00 in arrears.

WHEREFORE, Debtor prays for an order as follows:

1. That the Motion is granted;

/s/ Michael Avanesian
Michael Avanesian,
Attorney for Debtor

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**801 N. Brand Blvd., Suite #1130**
**Glendale, CA 91203**

A true and correct copy of the foregoing document entitled:   __ **Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o)** __   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **6/8/2017** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Michael Avanesian**     nef@jtlegalgroup.com, michael@ecf.inforuptcy.com
**Kelly M Raftery**     bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
**Elizabeth (SV) F Rojas (TR)**     cacb_ecf_sv@ch13wla.com
**Valerie Smith**     claims@recoverycorp.com
**United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **6/8/2017**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**ABS Acceptance, LLC, P.O. Box 78086, Corona, CA 92879**
**Bank Of America, P.O. Box 26012, Greensboro, NC 27410**
**Board of Equalization, P.O. Box 942879, Sacramento, CA 94279-8056**
**Chase Bank, 3415 Vision Drive, Columbus, OH 43219**
**DirecTV, P.O. Box 105261, Atlanta, GA 30348**
**Employment Developement Dept., P.O. Box 826806, Sacramento, CA 94206-0001**
**Franchise Tax Board, P.O. Box 2952, Sacramento, CA 95812-2952**
**Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346**
**Kevin Nudd, 4865 Bakman Avenue, North Hollywood, CA 91601**
**New Century Mortgage, 18400 Von Karman Avenue, Irvine, CA 92612**
**Wells Fargo Dealer Services, Attn: Bankruptcy, P.O. Box 19657, Irvine, CA 92623**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **June  8, 2017** | **Michael Avanesian** | **/s/ Michael Avanesian** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**