| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Michael Avanesian (State Bar No. 278685)<br>JT Legal Group, APC<br>801 N. Brand., Blvd., Suite 1130<br>Glendale CA, 91203<br>Tel: 818.276.2477 Fax: 818.208.4550<br>Michael@jtlegalgroup.com<br><br>Attorney for Debtor |

FILED & ENTERED

JUL 19 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>**NURIT PETRI,**<br><br>        Debtor. | Case No.: **1:17-bk-11331-MT**<br><br>Chapter 13<br><br>**ORDER APPROVING DEBTOR'S MOTION TO REASSIGN JUDGE PURSUANT TO LBR 1073-1 AND LBR 9013-1(o)**<br><br>*[No hearing required unless requested]* |

**TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

    Debtor Nurit Petri ("Debtor") the debtor in the above captioned case, filed a motion ("Motion") for approval of Debtor to be reassigned to the Honorable Judge Martin R. Barash, who participates in the Loan Modification Pilot Program. The Court has considered the Motion submitted, any other papers filed in this matter, and the facts and circumstances of this case.

///

1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted; and
2. This case is hereby reassigned to Judge Martin Barash.

###

Date: July 19, 2017

Maureen A. Tighe
United States Bankruptcy Judge